Kenneth Lerner
3439 N.E. Sandy Blvd., Suite 286
Portland, OR 97232
Telephone: (503) 223-0442
Facsimile: (503) 223-3151
E-mail: ken@klerner.com
OSB#79484

Attorney for Defendant

FILED
NOV 18 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | CR No. CR 05-417-KI |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING MOTION TO EARLY TERMINATE PROBATION AND FOR RETURN OF PROPERTY |
| vs. | ) | |
| ILYA ADAMIDOV, | ) | |
| Defendant. | ) | |

The Court having received defendant's Motion To Early Terminate Probation And For Return Of Property, and having heard no opposition;

IT IS HEREBY ORDERED that the motion be GRANTED. Mr. Adamidov's probation is hereby terminated, and the government is ordered to return his passport within the next two weeks.

Page 1 – **ORDER GRANTING MOTION TO EARLY TERMINATE PROBATION AND FOR RETURN OF PROPERTY**
KENNETH LERNER
3439 N.E. Sandy Blvd., Suite 286
Portland, Oregon 97232
Telephone: (503) 223-0442

Dated November 18, 2008.

_____
Honorable Garr M. King
United States District Judge

Submitted by:

**Kenneth Lerner**
Attorney for defendant Adamidov

Page 2 –   **ORDER GRANTING MOTION TO EARLY TERMINATE PROBATION AND FOR RETURN OF PROPERTY**
KENNETH LERNER
3439 N.E. Sandy Blvd., Suite 286
Portland, Oregon 97232
Telephone: (503) 223-0442

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **ORDER GRANTING MOTION TO EARLY TERMINATE PROBATION AND FOR RETURN OF PROPERTY** has been served on:

Stacie Beckerman
Asst. U.S. Attorney
600 United States Courthouse
1000 S.W. Third Avenue
Portland, OR  97204-2024

by electronic filing through the Court's electronic filing system.

_/s/ Kenneth Lerner_
_____
Kenneth Lerner, OSB# 79484

Page 3 –   **ORDER GRANTING MOTION TO EARLY TERMINATE PROBATION AND FOR RETURN OF PROPERTY**

KENNETH LERNER
3439 N.E. Sandy Blvd., Suite 286
Portland, Oregon 97232
Telephone: (503) 223-0442